# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 14, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

148079(64)

LISA TYRA,

  Plaintiff-Appellee,

v

ORGAN PROCUREMENT AGENCY OF
MICHIGAN, d/b/a GIFT OF LIFE MICHIGAN,
  Defendant-Appellant,
and

STEVEN COHN, M.D., and WILLIAM
BEAUMONT HOSPITAL,
  Defendants-Appellees,
and

DILLIP SAMARA PUNGAVAN, M.D., and JOHN
DOE,
  Defendants.
_____/

SC: 148079
COA: 298444
Oakland CC: 2009-103111-NH

  On order of the Chief Justice, the motion of defendant-appellant to file a late supplemental brief is GRANTED. The supplemental brief submitted on April 6, 2015, is accepted for filing.



  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 14, 2015

